| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lauber, Albert G. | United States Tax Court | 07/14/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge, United States Tax Court | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

200 Second Street, N.W.
Room 306
Washington, D.C. 20217

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Trustees | The Studio Theatre, ▮▮▮▮▮ Washington, D.C. 20005 (non-profit theatre) (uncompensated position) |
| 2. | Adjunct Professor | Georgetown University Law Center, ▮▮▮▮▮ Washington D.C. 20001 (compensated position) (advance approval received) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | Continuing participation in section 403(b) retirement plan maintained by former employer, Georgeown University Law Center |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauber, Albert G. | 07/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01-02/2013 | Salary, Georgetown University Law Center | $41,836.00 |
| 2. 02-12/2013 | Salary, United States Tax Court | $156,101.00 |
| 3. 05-31-13 | Salary, Adjunct Professor, Georgetown University Law Center | $5,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 01-12/2013 | Salary, Georgetown University Law Center |
| 2. 01-12/2013 | Salary, Center for Transnational Legal Studies, Peking University, Shenzhen, China |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauber, Albert G. | 07/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Merrill Lynch/Bank of America | Margin Loan on Stock Account | O |
| 2. | Merrill Lynch/ Bank of America | Mortgage on Rental Prop. #1, Washington, D.C. (Pt. VII, line 1) | M |
| 3. | Merrill Lynch/Bank of America | Line of Credit on Rental Prop. #1, Washington, D.C. (Pt. VII, line 1) | N |
| 4. | Merrill Lynch/Bank of America | Mortgage on Rental Prop. #2, Washington, D.C. (Pt. VII, line 2) | M |
| 5. | Merrill Lynch/Bank of America | Mortgage on Rental Prop. #3, Washington, D.C. (Pt. VII, line 3) | N |
| 6. | Merrill Lynch/Bank of America | Mortgage on Rental Prop. #4, Washington, D.C. (Pt. VII, line 4) | N |
| 7. | | | |
| 8. | | | |
| 9. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauber, Albert G. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Prop. #1, Washington, District of Columbia | F | Rent | P1 | W | | | | | |
| 2. Rental Prop. #2, Washington, District of Columbia | F | Rent | P1 | W | | | | | |
| 3. Rental Prop. #3, Washington, District of Columbia | E | Rent | O | W | | | | | |
| 4. Rental Prop. #4, Washington, District of Columbia | E | Rent | N | W | | | | | |
| 5. DWS Latin America Fund | A | Dividend | L | T | | | | | |
| 6. Vanguard Emerging Markets Stock Index Fund | A | Dividend | K | T | | | | | |
| 7. Vanguard Health Care Fund | A | Dividend | K | T | | | | | |
| 8. Vanguard High-Yield Tax Exempt Fund | A | Dividend | K | T | | | | | |
| 9. Vanguard Pacific Stock Index Fund | A | Dividend | K | T | | | | | |
| 10. Vanguard Dividend Growth Fund | A | Dividend | L | T | | | | | |
| 11. T Rowe Price High Yield Bond Fund | E | Dividend | N | T | Sold (part) | 12/30/13 | L | D | |
| 12. Invesco Global Health Fund | A | Dividend | J | T | | | | | |
| 13. Invesco Small Cap Growth Fund | A | Dividend | J | T | | | | | |
| 14. Invesco Technology Fund | A | Dividend | J | T | | | | | |
| 15. Invesco Utilities Fund | A | Dividend | J | T | | | | | |
| 16. Merrill Lynch Deposit Program | A | Interest | J | T | | | | | |
| 17. Municipal Bond, Beloit Wisc School District | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauber, Albert G. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Municipal Bond, Alabama Public School | A | Interest | J | T | | | | | |
| 19. | Municipal Bond, Woodbridge Twnship NJ | A | Interest | J | T | | | | | |
| 20. | Municipal Bond, San Benito TX | A | Interest | J | T | | | | | |
| 21. | Municipal Bond, Southwestern City School Dist Ohio | A | Interest | J | T | | | | | |
| 22. | Cohen & Steers Select Infrastructure Fund | B | Dividend | K | T | | | | | |
| 23. | Eaton Vance Dividend Income Fund | C | Dividend | K | T | | | | | |
| 24. | Fidelity Limited Term Bond Fund | A | Interest | K | T | | | | | |
| 25. | Fidelity Dow Target Fund | A | Dividend | K | T | | | | | |
| 26. | Goldman Sachs Growth Fund | A | Dividend | K | T | | | | | |
| 27. | Invesco Dividend Strategy Fund | B | Dividend | K | T | | | | | |
| 28. | iShares Russell Midcap | A | Dividend | K | T | | | | | |
| 29. | MFS Global Total Return Fund | A | Dividend | K | T | | | | | |
| 30. | Neuberger Berman Large Cap Fund | A | Dividend | K | T | | | | | |
| 31. | Pimco Total Return Fund | A | Dividend | K | T | | | | | |
| 32. | Principal Global Diversified Income Fund | B | Dividend | K | T | | | | | |
| 33. | SunAmerica Focused Growth Fund | A | Dividend | K | T | | | | | |
| 34. | iShares S&P Small Cap | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauber, Albert G. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SPDR S&P 500 Fund | A | Dividend | K | T | | | | | |
| 36. Vanguard Consumer Fund | A | Dividend | K | T | | | | | |
| 37. Vanguard Health Care ETF | A | Dividend | K | T | | | | | |
| 38. Vanguard Dividend ETF | A | Dividend | K | T | | | | | |
| 39. Vanguard Total Bond Market Fund | A | Interest | K | T | | | | | |
| 40. Georgetown University 403(b) Plan ▨ (this is a header): | | | | | | | | | |
| 41. - Vanguard High Yield Corporate Fund | E | Interest | P1 | T | | | | | |
| 42. - Vanguard Windsor Fund | E | Dividend | P1 | T | | | | | |
| 43. - Vanguard Wellington Fund | E | Dividend | M | T | | | | | |
| 44. Georgetown University 403(b) Plan ▨ (this is a header): | | | | | | | | | |
| 45. - Vanguard High Yield Corporate Fund | B | Interest | K | T | | | | | |
| 46. - Vanguard Windsor Fund | E | Dividend | O | T | | | | | |
| 47. - Vanguard International Growth Fund | D | Dividend | M | T | | | | | |
| 48. - Vanguard International Value Fund | D | Dividend | M | T | | | | | |
| 49. IRA Account ▨ (this is a header): | | | | | | | | | |
| 50. - T Rowe Price High Yield Bond Fund | E | Interest | N | T | | | | | |
| 51. - T Rowe Price New Asia Fund | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauber, Albert G. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA Account ▨ (this is a header): | | | | | | | | | |
| 53. - American AMCAP Fund | A | Dividend | J | T | | | | | |
| 54. - American Balanced Fund | A | Dividend | K | T | | | | | |
| 55. - American AMCAP Fund CL F1 | A | Dividend | J | T | | | | | |
| 56. - MFS International Diversification Fund | A | Dividend | J | T | | | | | |
| 57. - MFS Value Fund | A | Dividend | J | T | | | | | |
| 58. - PIMCO Total Return Fund | A | Dividend | J | T | | | | | |
| 59. - Principal Global Diversified Inc Fund | A | Dividend | J | T | | | | | |
| 60. - SunAmerica Focused Alpha Large Cap Fund | A | Dividend | J | T | | | | | |
| 61. Merrill Lynch Brokerage Accounts (common stocks) (this is a header): | | | | | | | | | |
| 62. - Exelon Corp. | D | Dividend | N | T | Sold (part) | 01/14/13 | K | A | |
| 63. - Telefonica Peru | A | Dividend | M | T | | | | | |
| 64. - Cisco Corp. | B | Dividend | L | T | Sold (part) | 07/30/13 | J | C | |
| 65. - Bank of America Corp. | A | Dividend | K | T | Sold (part) | 08/01/13 | J | A | |
| 66. - Cemex Corp. | A | Dividend | L | T | | | | | |
| 67. - Verizon Corp. | A | Dividend | K | T | | | | | |
| 68. - Banco Santander | D | Dividend | M | T | Sold (part) | 06/14/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauber, Albert G. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - AT&T | A | Dividend | J | T | | | | | |
| 70. - GE Corp. | C | Dividend | M | T | Sold (part) | 08/02/13 | L | D | |
| 71. - Nokia Corp. | A | Dividend | | | Sold | 05/09/13 | K | C | |
| 72. - New Zealand Telcom Corp. | A | Dividend | J | T | | | | | |
| 73. - Monsanto Corp. | A | Dividend | J | T | Sold (part) | 10/14/13 | K | E | |
| 74. - Alcoa Corp. | A | Dividend | L | T | Sold (part) | 11/04/13 | J | B | |
| 75. - Intel Corp. | A | Dividend | K | T | Sold (part) | 06/10/13 | J | A | |
| 76. - Citigroup Corp. | A | Dividend | K | T | | | | | |
| 77. - Pfizer Corp. | A | Dividend | J | T | | | | | |
| 78. - Caterpillar Corp. | A | Dividend | K | T | | | | | |
| 79. - American Electric Power Corp. | B | Dividend | K | T | Sold (part) | 02/27/13 | J | B | |
| 80. - Telefonica Espana | B | Dividend | L | T | | | | | |
| 81. - Microsoft | A | Dividend | J | T | Sold (part) | 04/25/13 | J | B | |
| 82. - Barclays Bank | A | Dividend | K | T | Sold (part) | 06/10/13 | J | D | |
| 83. - BBVA Banco Frances | A | Dividend | | | Sold | 03/28/13 | K | B | |
| 84. - Wells Fargo Bank | B | Dividend | K | T | Sold (part) | 06/10/13 | K | D | |
| 85. - Empresas Ica Inc. | | | | | Sold | 05/13/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauber, Albert G. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Applied Materials Inc. | A | Dividend | | | Sold | 07/10/13 | K | C | |
| 87. - American Express inc. | A | Dividend | K | T | | | | | |
| 88. - Ford Motor Co. | A | Dividend | K | T | Sold (part) | 07/08/13 | J | B | |
| 89. - AMR Corp. | | | | | Sold | 02/27/13 | J | B | |
| 90. - JP Morgan Chase Bank | B | Dividend | K | T | Sold (part) | 11/27/13 | K | D | |
| 91. - Schlumberger | A | Dividend | L | T | Sold (part) | 09/26/13 | K | C | |
| 92. - Halliburton Corp. | A | Dividend | | | Sold | 01/13/13 | L | E | |
| 93. - Baker Hughes | A | Dividend | K | T | Sold (part) | 10/25/13 | K | C | |
| 94. - Southern Co. | C | Dividend | L | T | Sold (part) | 10/27/13 | J | A | |
| 95. - Transocean Ltd. | B | Dividend | K | T | Sold (part) | 03/16/13 | K | B | |
| 96. - Eli Lilly Inc. | A | Dividend | K | T | | | | | |
| 97. - Morgan Stanley | A | Dividend | J | T | Sold (part) | 11/01/13 | K | D | |
| 98. - Oracle Corp. | A | Dividend | L | T | | | | | |
| 99. - Orange Corp. ADR | C | Dividend | M | T | Sold (part) | 10/08/13 | L | A | |
| 100. - Southern Copper Co. | B | Dividend | L | T | Sold (part) | 11/07/13 | J | A | |
| 101. - Telefonica Brasil Ltd ADR | D | Dividend | L | T | Sold (part) | 03/26/13 | J | A | |
| 102. - 3M Co. | A | Dividend | | | Sold | 03/20/13 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lauber, Albert G. | 07/14/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - CSX Corp | A | Dividend | | | Sold | 10/14/13 | K | D | |
| 104.  - Freeport McMoran Inc. | A | Dividend | | | Sold | 11/26/13 | K | C | |
| 105.  - PG&E Corp. | A | Dividend | | | Sold | 03/22/13 | J | A | |
| 106.  - State Street Corp. | A | Dividend | | | Sold | 01/25/13 | J | B | |
| 107.  - YPF ADR | A | Dividend | | | Sold | 11/26/13 | K | D | |
| 108.  - Van Kampen Unit Trust 1264 | A | Dividend | | | Sold | 09/26/13 | J | A | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lauber, Albert G. | 07/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Albert G. Lauber**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544